IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE SCOTT SNYDER,

          Petitioner,              No. 2:11-cv-2508 GEB KJN P

   vs.

STEVE MOORE,

          Respondent.         <u>ORDER</u>

_____/

        By order filed September 27, 2011, petitioner's application for writ of habeas corpus was dismissed with leave to amend or to file a request for voluntary dismissal.  (Dkt. No. 5.)  On October 3, 2011, petitioner filed a request asking the court to send petitioner the "proper forms to file a voluntary dismissal of the above action under Fed. R. Civ. P. 41(a). . . so petitioner may dismiss under <u>Younger v. Harris</u>, 401 U.S. 37, 45-46 (1971)."  (Dkt. No. 8.) Petitioner is advised that no form is required; the filing of his request is sufficient.  Pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED:  October 5, 2011

                             _Kendall J. Newman_

                             KENDALL J. NEWMAN

                             UNITED STATES MAGISTRATE JUDGE

snyd2508.159